IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHRISTOPHER GOODVINE,

                Plaintiff,                                    ORDER

      v.                                                  08-cv-702-bbc

WILLIAM SWIEKATOWSKI,
SARAH COOPER, CHAPLAIN M.
DONOVAN, DENNIS MOSHER,
WARDEN POLLARD, PETER ERICKSEN,
MICHAEL MOHR, TOM GOZINSKE,
RICK RAEMISCH, JOHN BETT,
DAN WESTFIELD, MATTHEW FRANK,
TIMOTHY LUNDQUIST and DEPARTMENT OF
CORRECTIONS,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

On August 27, 2009, I granted plaintiff's motion to voluntarily dismiss with prejudice his claims that the defendants failed to provide him with a halal diet, failed to accommodate a religious fast by giving him sandwiches at night even though they accommodate fasts of Christian prisoners and failed to determine the proper direction for Muslims to pray even though they assist Christian prisoners in following their religious obligations, such as by

1

researching liturgical holidays. Plaintiff stated that the dismissal of these claims disposed of his claims against defendants Timothy Lundquist and Dennis Mosher. I dismissed Timothy Lundquist, but advised plaintiff that he must let the court know whether he wished to proceed on any remaining claims against defendant Dennis Mosher. Now plaintiff has moved to dismiss defendant Dennis Mosher with prejudice. I will grant his request.

ORDER

IT IS ORDERED that plaintiff's motion to voluntarily dismiss defendant Dennis MOsher, dkt. #55, is GRANTED. Plaintiff's complaint is DISMISSED as to defendant Dennis Mosher.

Entered this 28th day of September, 2009.

BY THE COURT:

/s/

BARBARA B. CRABB
District Judge

2