IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CHRISTOPHER GOODVINE,

                      Plaintiff,                    ORDER

v.

WILLIAM SWIEKATOWSKI, SARAH COOPER,      08-cv-702-bbc
CHAPLAIN M. DONOVAN, WILLIAM POLLARD,
PETER ERICKSEN, MICHAEL MOHR, TOM
GOZINSKE, RICK RAEMISCH, JOHN BETT, DAN
WESTFIELD, MATTHEW FRANK, and
DEPARTMENT OF CORRECTIONS,

                    Defendants.

---

Plaintiff has filed his materials in reply to his motion for summary judgment and in response to defendants' motion for summary judgment. Now before the court is plaintiff's motion to waive the requirement to serve defendants with these documents. Plaintiff has shown that he does not have the means to serve the documents on defendants' counsel. Further, these documents are available electronically. As a practical matter, it does not make sense for plaintiff to be required to serve the paper documents. Therefore, I will grant plaintiff's motion.

ORDER

IT IS ORDERED that plaintiff's motion to waive service requirement, dkt. 86, is GRANTED.

Entered this 4th day of November, 2009.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge