IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHRISTOPHER GOODVINE,

                Plaintiff,                              ORDER

    v.                                                     08-cv-702-bbc

MICHAEL DONOVAN,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       This case is scheduled for trial on March 15, 2010. Now before the court is plaintiff's motion to voluntarily dismiss this case with prejudice. Defendants have no objection. Therefore, I will grant plaintiff's request pursuant to Fed. R. Civ. P. 41(2).

ORDER

       IT IS ORDERED that

       1. Plaintiff's motion to voluntarily dismiss this case with prejudice, dkt. # 125, is GRANTED. The clerk of court is directed to enter judgment dismissing this case with prejudice and close the case.

1

2. The writs of habeas corpus ad testificandum for the attendance of plaintiff and inmate James D. Williams at the March 15, 2010 trial are CANCELED.

Entered this 26th day of February, 2010.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge