IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRISTOPHER GOODVINE,

    Plaintiff,

v.

WILLIAM SWIEKATOWSKI,
SARAH COOPER, MICHAEL DONOVAN,
DENNIS MOSHER, WARDEN POLLARD,
PETER ERICKSEN, MICHAEL MOHR,
TOM GOZINSKE, RICK RAEMISCH,
JOHN BETT, DAN WESTFIELD,
MATHEW FRANK,
WIS. DEP'T OF CORR'S, WIS. DEP'T
OF CORR'S - DIVISION OF ADULT
INSTITUTIONS and TIMOTHY
LUNDQUIST,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-702-bbc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered dismissing this case with prejudice.

_Peter Oppeneer_      2/26/10
Peter Oppeneer, Clerk of Court      Date